RECEIVED
IN LAKE CHARLES, LA.

OCT 24 2012

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

BAKAR CAULKER                          CIVIL ACTION NO. 11-CV-2231

VS.                                    SECTION P

ERIC HOLDER, ET AL                     JUDGE MINALDI
                                       MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 19], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the respondents' Unopposed Motion to Dismiss [Doc. 17] be **GRANTED** and that the petition for writ of *habeas corpus* be **DISMISSED** without prejudice.

Lake Charles, Louisiana, this the ____ day of October, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE